UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Ahlschlager,

                                                  ORDER OF DISMISSAL

         -v-                                     2005cv 390(TCP)

The County of Suffolk

------------------------------------------------------------X

      IT IS HEREBY ORDERED, having been advised by counsel on March 7, 2008 that the above case has settled, the case is dismissed.  The parties are to file a stipulation of discontinuance as soon as possible.

      If settlement is not effected the Court will reopen the matter upon receipt of a written request.

      The Clerk of the Court is directed to mark this case closed.

                                                        /s/
                                                     Thomas C. Platt
                                                   U.S. District Judge

Dated: Central Islip, NY
       May 21, 2008